IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> CONNIE M. GONZALES, ) <br> ) <br> Defendant. ) | Criminal Action <br> No. 22-03042-01-CR-S-RK |

## ORDER

Now pending before the Court is Defendant's *Motion for Bond Hearing and Reconsideration of the Order of Detention* (doc. 26). An Order of Detention was entered on April 20, 2022 (doc. 21).

The Court has reviewed Defendant's request to review her bond status and reconsider the prior Order of Pretrial Detention entered against Defendant on April 20, 2022 (doc. 21). The Court has also reviewed the Government's Response to Defendant's Motion for Reconsideration of Order of Detention (doc. 29). The Court has also reviewed the Pretrial Services Report filed in this case (doc. 8).

Defendant's Motion for Reconsideration of the Order of Detention is **DENIED**.

**IT IS SO ORDERED.**

DATE: July 6, 2022

                                      */s/ David P. Rush*
                                      DAVID P. RUSH
                                      United States Magistrate Judge